THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTMINSTER HEIGHTS COMPANY, Respondent, *v.* BIRD S. COLER, as President of the Borough of Brooklyn, Appellant, and the BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*People ex rel. Westminster Heights Co.* v. *Coler*, 121 App. Div. 293, reversed.
(Argued October 3, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 22, 1907, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the president of the borough of Brooklyn to issue a permit for the opening of the surface of the street and the construction of a double-track surface railway on Nostrand avenue in said borough.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Martin W. Littleton* for respondent.

Order reversed and proceedings dismissed, with costs in all courts, upon the ground that the relator has no standing to maintain them; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.